# First District Court of Appeal
## State of Florida

————————————————

No. 1D2025-1488

————————————————

J.A., Father of P.D.H., A Minor
Child,

   Appellant,

   v.

Department of Children and
Families,

   Appellee.

————————————————

On appeal from the Circuit Court for Santa Rosa County.
Steven C. Warrick, Judge.

November 14, 2025

Per Curiam.

   Affirmed.

Roberts, Winokur, and Nordby, JJ., concur.

————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————

David Maldonado of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee; Cristine M. Russell of Rogers Towers, P.A., Pro Bono, Defending Best Interests Project, Jacksonville, for Guardian ad Litem.